932

M. P. No. 76-152. MARGARET P. CAPOBIANCO, *alias*, AND PAUL CAPOBIANCO *v.* RELIABLE FINANCE CORPORATION. Petition for writ of certiorari denied. *John Quattrochi, Jr.,* for petitioner. *McOsker, Isserlis & Davignon, Milton L. Isserlis,* for respondent.

M. P. No. 76-155. THE SUNVIEW CORPORATION *v.* DAVID WILKIE, *Lincoln Town Clerk.* Petition for writ of mandamus is denied without prejudice to the petitioner's seeking the writ in the Superior Court. *Oster, Espo, Fay & Groff, George M. Prescott,* for petitioner. *John Quattrochi III,* Town Solicitor, for respondent.

M. P. No. 76-165. WILLIAM D. MELLO *v.* SUPERIOR COURT, STATE OF RHODE ISLAND *et al.* Motion of the Public Defender to file a brief as amicus curiae is granted. *Paul J. DiMaio, Edward John Mulligan,* for petitioner. *William F. Reilly,* Public Defender, amicus curiae. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 76-177. WILLIAM JOHN WETZEL *v.* JAMES W. MULLEN, *Warden.* Motion of the Public Defender to file a brief as amicus curiae is granted. *Nugent & Nugent, J. Joseph Nugent, Sr.,* for petitioner. *William F. Reilly,* Public Defender; *Barbara Hurst,* Asst. Public Defender, amicus curiae. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for respondent.

C. A. No. 75-322. STATE *v.* ROBERT CLINE. Motion of the Rhode Island Affiliate of the American Civil Liberties Union to file a brief as amicus curiae is granted. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant. *Milton Stanzler, Robert Shuman, Robert Mann,* for Rhode Island Affiliate of American Civil Liberties Union, amicus curiae.

C. A. No. 76-87. NICHOLAS PALMIGIANO *v.* JAMES MULLEN, *Warden.* Motion of respondent to dismiss the petitioner's appeal is denied. Motion of the Public Defender for an extension of